UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
          Petitioner,          )
                               )
v.                             )     MBD No. 03-10372-JLA
                               )
JEFFREY DILLON,                )
          Respondent.          )
_____)
```

**<u>PETITIONER'S MOTION TO CONTINUE SHOW CAUSE HEARING</u>**

NOW COMES, the Petitioner, United States of America, on behalf of its agency, the Internal Revenue Service ("IRS"), and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and hereby moves this court to continue the Show Cause Hearing scheduled for July 7, 2004 to August 11, 2004, or a date convenient to the court.

-2-

As grounds therefore, Petitioner states that the Respondent has been cooperating with the IRS and is in the process of providing requested materials through counsel he recently retained.

        Respectfully submitted,

        MICHAEL J. SULLIVAN,
        United States Attorney

    By:  /s/ Anton P. Giedt
        ANTON P. GIEDT
        Assistant U.S. Attorney
        U.S. Courthouse, Suite 9200
        1 Courthouse Way
        Boston, MA 02210
        (617) 748-3282

## Certificate of Service

I hereby gave notice of the foregoing Motion by mailing a copy of same, postage prepaid, to the respondent, Jeffrey Dillon, 3960 North Main Street, Fall River, MA 02720.

        /s/ Anton P. Giedt
        Assistant U.S. Attorney

Dated: July 7, 2004