UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
       Petitioner )
       )
     V. )   M.B.D. No. 03-10372-JLA
       )
JEFFREY DILLON )
       Respondent )

**ORDER ENFORCING INTERNAL
REVENUE SERVICE SUMMONS**

The Petition to Enforce Internal Revenue Service Summons having come before United States <u>Magistrate Judge Joyce L. Alexander</u> for hearing on <u>August 18, 2004</u>, and the respondent Jeffrey Dillon not having shown any cause why he should not obey the Summons issued to him on January 29, 2003:

IT IS ORDERED that Jeffrey Dillon obey the Summons and appear (with the documents described in the Summons) before Revenue Officer David Malo or any other officer of the Internal Revenue Service authorized to examine the records and take testimony on or before <u>October 4th</u> at 10 P.M at the office of the Internal Revenue Service, 166 Main Street, Brockton, MA 02301, (508) 895-8837. Failure to comply with this order shall make the respondent liable for a finding of contempt of court.

                                                      _____
                                                      United States District Judge

                                                      _____
                                                      United States Magistrate Judge